UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                    No. 13-CR-271-LTS

BURCHANTI SCOTT,

        Defendant.

--------------------------------------------------------x

## ORDER

The Court has received Defendant Burchanti Scott's pro se motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (Docket Entry No. 1191.) The Government is directed to file its response to Mr. Scott's motion by **August 25, 2022**.

Mr. Scott's reply, if any, to the Government's response must be filed by **September 19, 2022.**

Chambers will mail a copy of this Order to Mr. Scott.

SO ORDERED.

Dated: New York, New York
       August 2, 2022

                                                                               /s/ Laura Taylor Swain
                                                                              LAURA TAYLOR SWAIN
                                                                              United States District Judge

**Copy to be mailed to**:
Burchanti Scott
Reg. No. 05863-748
FCI Ray Brook
Federal Correctional Institution
P.O. Box 900
Ray Brook, NY 12977